In the Matter of the Accounting of MABEL E. SCHULTE et al., as Executors of and Trustees under the Will of JOSEPH M. SCHULTE, Deceased. CENTRAL HANOVER BANK AND TRUST COMPANY (Now HANOVER BANK), Individually and as Executor of JOSEPH M. SCHULTE, Deceased, Appellant; ANTHONY

SCHULTE and Others, Infants, by SAMUEL FALK, Their Special Guardian, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 279 App. Div. 1057.]